UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 1:14CR00017 SNLJ |
| | ) |
| MARVIN LEON EASON, | ) |
| | ) |
| Defendant. | ) |

### ORDER

**IT IS HEREBY ORDERED** that the report and recommendation of United States Magistrate Judge Abbie Crites-Leoni (#53), filed on October 7, 2014 be and is **SUSTAINED, ADOPTED** and **INCORPORATED** herein.

**IT IS HEREBY ORDERED** that Defendant's Motion to Suppress Physical Evidence and Statements (#36) and Supplemental Motion to Suppress Physical Evidence, (#43) be **DENIED**.

**IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss Indictment (#37) be **DENIED.**

Dated this 6th day of November, 2014.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE